IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PARRISH, BOB GRANT, ROY LEE JEFFERSON, WALTER BEACH, DR. CLINTON JONES, WALTER ROBERTS, III, CLIFTON McNEIL, MARVIN COBB, JOHN BRODIE, CHUCK BEDNARIK, AND PAUL HORNUNG, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MANATT, PHELPS & PHILLIPS, LLP and McKOOL SMITH, PC,<br><br>    Defendants.<br>_____/ | No. C 10-03200 WHA<br><br>**ORDER REGARDING DEFENDANTS' RELATED CASE OBJECTIONS** |

Defendants' request to file an opposition brief addressing whether the above-numbered case is related to *Adderley v. National Football League Players Association* is **GRANTED**. Plaintiffs will have until **NOON ON MONDAY, AUGUST 23, 2010**, to file a reply. The Court will then consider the points raised by both sides and re-evaluate from scratch whether the cases should be related. Meanwhile, any motion for recusal of the undersigned judge must be filed **BY NOON ON AUGUST 26, 2010**.

**IT IS SO ORDERED.**

Dated: August 19, 2010.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE