**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PARRISH, BOB GRANT, ROY LEE JEFFERSON, WALTER BEACH, DR. CLINTON JONES, WALTER ROBERTS, III, CLIFTON MCNEIL, MARVIN COBB, JOHN BRODIE, CHUCK BEDNARIK, AND PAUL HORNUNG, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

MANATT PHELPS & PHILLIPS, LLP, and MCKOOL SMITH, PC,

Defendants.

No. C 10-03200 WHA

**ORDER RE 12/7/2010 LETTER FROM DEFENDANT MCKOOL SMITH, PC**

Due to the case having been dismissed, the discovery dispute referenced in defendant's letter of December 7, 2010, is moot.

**IT IS SO ORDERED.**

Dated: December 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE