| | |
|---|---|
| MAXWELL M. BLECHER (SBN 26202) | PAMELA PHILLIPS (SBN 87581) |
| mblecher@blechercollins.com | PPhillips@HowardRice.com |
| MARYANN R. MARZANO (SBN 96867) | JONATHAN W. HUGHES (SBN 186829) |
| rmarzano@blechercollins.com | JHughes@HowardRice.com |
| HOWARD K. ALPERIN (SBN 158809) | DIANA D. DIGENNARO (SBN 248471) |
| halperin@blechercollins.com | DDigennaro@HowardRice.com |
| THEO GIOVANNI ARBUCCI (SBN 249811) | HOWARD RICE NEMEROVSKI CANADY |
| jarbucci@blechercollins.com |    FALK & RABKIN |
| BLECHER & COLLINS, P.C. | Three Embarcadero Center, Seventh Floor |
| 515 South Figueroa Street, Suite 1750 | San Francisco, CA  94111-4024 |
| Los Angeles, CA  90071-3334 | Telephone:  (415) 434-1600 |
| Telephone:  (213) 622-4222 | Facsimile:  (415) 677-6262 |
| Facsimile:  (213) 622-1656 | |

*Attorneys for Plaintiffs*
*Bernard Parrish, et al.*

*Attorneys for Defendant*
*Manatt, Phelps & Phillips, LLP*

GREGORY P. STONE (SBN 078329)
Gregory.Stone@mto.com
SEAN ESKOVITZ (SBN 241877)
Sean.Eskovitz@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant*
*McKool Smith, P.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PARRISH, BOB GRANT, ROY LEE JEFFERSON, WALTER BEACH, DR. CLINTON JONES, WALTER ROBERTS, III, CLIFTON MCNEIL, MARVIN COBB, JOHN BRODIE, CHUCK BEDNARIK, AND PAUL HORNUNG on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MANATT, PHELPS & PHILLIPS, LLP, and McKOOL SMITH, P.C.,<br><br>    Defendants. | CASE NO.  CV-10-3200-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE** |

Plaintiffs Bernard Parrish, Roy Lee Jefferson, Walter Beach, Clifton McNeil, John Brodie, Chuck Bednarik, and Paul Hornung, and Defendants Manatt, Phelps & Phillips, LLP and McKool Smith, P.C., by and through their respective counsel, hereby declare and stipulate as follows:

WHEREAS, a settlement conference was originally scheduled to take place before the Honorable Joseph C. Spero on February 17, 2011;

WHEREAS, the February 17, 2011 settlement conference was cancelled by order of the Court on February 15, 2011;

WHEREAS, the February 15, 2011 order vacating the settlement conference indicated that the settlement conference could by rescheduled at the request of either party;

WHEREAS, on March 14, 2011, the parties agreed to reschedule the settlement conference before Judge Spero on either June 15 or 16, 2011;

WHEREAS, on March 14, 2011, counsel for McKool Smith, P.C. confirmed with the Court a settlement conference for June 15, 2011 at 9:30 a.m.;

WHEREAS, Plaintiffs and Defendants agree to a June 8, 2011 deadline for providing the Court with any updates to their previously submitted settlement conference statements;

**ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:**

(1) A settlement conference will be held before the Honorable Joseph C. Spero on June 15, 2011, beginning at 9:30 am.

(2) Any updates to the settlement conference statements previously submitted to the Court shall be due no later than June 8, 2011.

**IT IS SO STIPULATED.**

Date: March 18, 2011           Blecher & Collins, P.C.

                               By: /s/ Maxwell M. Blecher[*]
                                   Maxwell M. Blecher
                                   *Attorneys for Plaintiffs*
                                   *Bernard Parrish, et al.*

---

[*] Electronically signed by counsel for McKool Smith P.C. with concurrence from counsel for Bernard Parrish, et al., pursuant to N.D. Cal. General Order 45 ¶ X.B.

Date: March 18, 2011    Howard Rice Nemerovski Canady Falk & Rabkin

By: /s/ Pamela Phillips[†]
Pamela Phillips
*Attorneys for Defendant*
*Manatt, Phelps, & Phillips, LLC*

Date: March 18, 2011    Munger, Tolles & Olson LLP

By: /s/ Sean Eskovitz
Sean Eskovitz
*Attorneys for Defendant*
*McKool Smith, P.C.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 21, 2011    By: _____
                             Hon. _____
                             United States _____ Judge

                             [Signature: Judge Joseph C. Spero]

---

[†] Electronically signed by counsel for McKool Smith P.C. with concurrence from counsel for Manatt, Phelps & Phillips, LLC, pursuant to N.D. Cal. General Order 45 ¶ X.B.