**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

JUL 31 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **BERNARD PARRISH; ROY LEE JEFFERSON; CHUCK BEDNARIK; PAUL HORNUNG; JOHN BRODIE; CLIFTON MCNEIL; WALTER BEACH, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>**MANATT, PHELPS & PHILLIPS, LLP; MCKOOL SMITH, PC,**<br><br>Defendants - Appellees. | No. 10-17868<br><br>D.C. No. 3:10-cv-03200-WHA<br><br>**ORDER** |

Before: **KOZINSKI**, Chief Judge, **N.R. SMITH** and **CHRISTEN**, Circuit Judges.

The joint motion for stay until August 30, 2012 is granted. The alternative motion for a split disposition and limited remand is denied as moot.