1

2

3

4

5

6

7

8

9

10

11 IN THE UNITED STATES DISTRICT COURT

12 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14

15 BERNARD PARRISH, BOB GRANT,       No. C 10-03200 WHA
   ROY LEE JEFFERSON, WALTER
16 BEACH, DR. CLINTON JONES,
   WALTER ROBERTS, III, CLIFTON
17 MCNEIL, MARVIN COBB, JOHN         **ORDER GRANTING FINAL**
   BRODIE, CHUCK BEDNARIK, AND       **APPROVAL OF CLASS**
18 PAUL HORNUNG on behalf of themselves  **SETTLEMENT AND MOTION**
   and all others similarly situated,  **FOR ATTORNEY'S FEES AND**
19                                    **EXPENSES**

20         Plaintiff,

21    v.

22  MANATT, PHELPS & PHILLIPS, LLP,
   and MCKOOL SMITH, PC,
23
           Defendant.
24 _____/

25         The parties' joint motion for final approval of the settlement and class counsel's request

26 for attorney's fees and litigation costs were tentatively granted pending the expiration of the 90-

27 day period during which certain state and federal officials may file objections.  Notices were

28 served and no objections were made within the 90-day period (Decl. of Jonathan Hughes ¶ 3).

*United States District Court*

For the Northern District of California

For the reasons stated in the tentative order, approval of the class settlement is hereby **GRANTED** and the motion for attorney's fees is **GRANTED**.  The hearing on September 26, 2013, is further hereby **VACATED**.

**IT IS SO ORDERED.**

Dated:  September 24, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California