**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PARRISH, *et al.*

    Plaintiffs,

v.

MANATT PHELPS & PHILLIPS, LLP
and MCCOOL SMITH, PC,

    Defendants.

No. C 10-03200 WHA

**ORDER RE KERRY CASH**

Class counsel state that class member Kerry Cash recently contacted counsel stating that he misplaced his settlement check. Accordingly, counsel request that "$274.66 of the Settlement Funds be used to pay Mr. Cash." The request is **GRANTED**. The old check shall be canceled and any fees for canceling the old check shall be deducted from the $274.66 amount.

**IT IS SO ORDERED.**

Dated: September 2, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE