IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PARRISH, *et al.*

    Plaintiffs,

  v.

MANATT PHELPS & PHILLIPS, LLP
and MCCOOL SMITH, PC,

    Defendants.

No. C 10-03200 WHA

**ORDER APPOINTING** *CY PRES* **AND RE EXPENSES**

    All that remains in this action is the distribution of the unclaimed and non-distributable portion of the class settlement fund and the remaining balance of attorney's fees and expenses. Class counsel have proposed three *cy pres* organizations: the Wounded Warrior Project, the American Cancer Society, and the Center for Chronic Traumatic Encephalopathy at Boston University School of Medicine. Each proposed *cy pres* organization provides awareness and treatment for causes in which retired NFL players are committed.

    This order hereby **APPOINTS** the Center for Chronic Traumatic Encephalopathy at Boston University School of Medicine to receive all approved unclaimed and non-distributable settlement funds in this action. The request for $50,000 to pay for the outstanding out-of-pocket administrative expenses is **APPROVED**. Class counsel are directed to review the relevant prior orders (Dkt. Nos. 125, 133, 138, 141) and, when appropriate, certify that the fund is completely wound up and file a proposed order. Class counsel shall also please file a final list of class members in the *cy pres* category by **NOON ON SEPTEMBER 9, 2014**

    **IT IS SO ORDERED.**

Dated: September 2, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE