IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PARRISH, *et al.*

    Plaintiffs,

v.

MANATT PHELPS & PHILLIPS, LLP
and MCCOOL SMITH, PC,

    Defendants.

No. C 10-03200 WHA

**ORDER RE FINAL REPORT**

Plaintiffs' counsel filed a final report stating that all that remains in this action is the distribution to the appointed *cy pres* organization and release of the remaining attorney's fees. Based on counsel's representation, their request is hereby **APPROVED**. Counsel shall promptly make the *cy pres* distribution, the remaining attorney's fees are released, and the account may be closed. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 10, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE